IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KATHY GOODMAN, individually,　　　}
and on behalf of a class of similarly situated　}
persons,　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　}
　　　　Plaintiffs,　　　　　　　　}　　　　3:18-cv-00062-RGJ
　　　　　　　　　　　　　　　　}
v.　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　}
DEKALB COUNTY SOLUTIONS.　　　}
　　　　　　　　　　　　　　　　}
　　　　Defendant.　　　　　　　　}

---

## NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice.

Respectfully submitted,

TAYLOR COUCH PLLC

*/s/ Nina B. Couch*
130 Saint Matthews Ave., Suite 301
Louisville, Kentucky 40207
Phone: (502) 625-5000
ncouch@taylorcouchlaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified a true and correct copy hereof will be electronically transmitted to all counsel of record on this the 15th day of January, 2019 by the Court's ECF/CM filing system and transmitted by U.S. Mail and email to the following:

DeKalb County Solutions, Inc.
Attn: Scott Franson
12925 Williams Road
Genoa, Illinois 60135


*/s/ Nina B. Couch*

2